ANTHONY BLATCHFORD, APPELLEE, V. GILBERT A. PALMER: FRANK MCGINTY, APPELLANT.

FILED JULY 1, 1930. No. 27438.

*O'Sullivan & Southard*, for appellant.

*Carl T. Self* and *John A. McKenzie, contra*.

Heard before GOSS, C. J., ROSE, DEAN, GOOD, THOMPSON, EBERLY and DAY, JJ.

PER CURIAM.

This is an appeal by defendant Frank McGinty from a judgment rendered against him in the district court for Douglas county in an action brought by plaintiff against four defendants to recover damages for alleged fraud in an exchange of real estate.

We have carefully examined the record and find the same to be free from prejudicial error. The judgment of the district court is therefore

AFFIRMED.

DAY, J., dissents.